```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 15311
   JAMIE T. MCCULLUM
   TIFFANY H MCCULLUM                            CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-0099    SSN XXX-XX-0815
```

---

                      TRUSTEE'S FINAL REPORT AND ACCOUNT

---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/16/08 .

   2.  The case was dismissed without confirmation, 10/10/2008.

   3.  The Debtor paid a total of $     367.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| SILVERLEAF TOWNHOME ASSO | SECURED | NOT FILED | .00 | .00 |
| 500 FAST CASH | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | NOT FILED | .00 | .00 |
| NEXTEL COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN RECOVERY SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| AMERITECH FACC | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS PROTECTION SER | UNSECURED | NOT FILED | .00 | .00 |
| D & E FINANCE | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST DETECTION | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| ST JOSEPH HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MA AL KHUDARI MD | UNSECURED | NOT FILED | .00 | .00 |
| MEDCO HEALTH SOLUTION | UNSECURED | NOT FILED | .00 | .00 |

```
ADVANCED MEDICAL ASSOC      UNSECURED         NOT FILED              .00            .00
NATIONAL CITY BANK          UNSECURED         NOT FILED              .00            .00
NCO FINANCIAL SYSTEMS       UNSECURED         NOT FILED              .00            .00
SPRINT PCS                  UNSECURED         NOT FILED              .00            .00
NICOR GAS                   UNSECURED         NOT FILED              .00            .00
PARAGON WAY                 UNSECURED         NOT FILED              .00            .00
PARKVIEW ORTHOPAEDIC GRO    UNSECURED         NOT FILED              .00            .00
PROVENA ST JOSEPH MEDICA    UNSECURED         NOT FILED              .00            .00
ROLLINS SERVICE BUREAU      UNSECURED         NOT FILED              .00            .00
SECURITY FINANCIAL          UNSECURED         NOT FILED              .00            .00
SECURITY FINANCIAL          UNSECURED         NOT FILED              .00            .00
SPRINT NEXTEL               UNSECURED         NOT FILED              .00            .00
UNITED CASH LOANS           UNSECURED         NOT FILED              .00            .00
WFNNB/HARLEM FURNITURE      UNSECURED         NOT FILED              .00            .00
JOHN C DENT                 REIMBURSEMENT        79.00                .00          79.00
        Summary of disbursements:
-----------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00       79.00          .00          .00         79.00
PRINCIPAL PAID           .00       79.00          .00          .00         79.00
INTEREST PAID            .00         .00          .00          .00           .00
TOTAL PAID               .00       79.00          .00          .00         79.00
The Debtor's attorney, JOHN C DENT                  , was allowed $   3500.00
and was paid $     268.55 .

The Trustee received $      19.45 .

Refunds to the Debtor totaled $        .00 .
```

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


        Dated: 01/16/09                /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE

```
                         PAGE   3
   CASE NO. 08 B 15311 JAMIE T. MCCULLUM & TIFFANY H MCCULLUM
```